**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| ROBERT SMITH, ) | |
| ) | |
| And his wife, ) | |
| ) | CASE NO. _____ |
| AMBER SMITH ) | |
| ) | |
|     PLAINTIFFS ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD ) | |
| ) | |
|     DEFENDANTS ) | |
| ) | |
| _____) | |

**COMPLAINT**

Come the Plaintiffs, Robert Smith and his wife, Amber Smith, by and through counsel and for their Complaint against Shenzhen Geekvape Technology Co., Ltd., state as follows:

1. The Plaintiffs, Robert Smith and his wife, Amber Smith, (hereinafter "Smith") are citizens of the Commonwealth of Kentucky, residing in Lily, Laurel County, Kentucky.

2. The Defendant, Shenzhen Geekvape Technology Co., Ltd (hereinafter referred to as "Geekvape"), is a Chinese corporation with its principal place of business located at Room 6005C, 6th Floor, Laobing East Building, 3012 Xingye Road, Xi'xiang St., Bao'an Area, Shenzhen, Guangdong, China (Mainland), that has availed itself of the laws and protections provided by the Commonwealth of Kentucky, by designing, manufacturing and/or selling products in the Commonwealth of Kentucky, including Geekvape products sold under the brand name "The Legendary Ageis X Zeus". The United States of America and China are both

1

party to the Hague Convention on the Service of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, 20 U.S.T. 361; 658 U.N.T.S. 163.

5. This Court has personal jurisdiction over this matter because the actions complained of herein occurred in counties located within the Eastern District of Kentucky, and this Court has jurisdiction over the Plaintiffs' state law claims by diversity jurisdiction pursuant to 28 USCA § 1322.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial portion of the events and omissions giving rise to this Complaint occurred within the Eastern District of Kentucky. The Plaintiffs reside in the Eastern District of Kentucky, and the events that are the subject of this Complaint occurred in this district.

## COUNT I
## PRODUCTS LIABILITY
## DEFENDANT, SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD

7. The Plaintiffs hereby incorporates the averments set forth in Paragraphs 1 through 6 as though stated verbatim herein.

8. The Defendant, Geekvape, is a corporation organized under the laws of China and engaged in the design and/or manufacture of vaping devices which were sold in Kentucky under the brand name "The Legendary Ageis X Zeus" for distribution to members of the general public as the ultimate consumers.

9. Sometime prior to December 7, 2020, the Defendant, Geekvape, manufactured a vaping product under the brand name "The Legendary Ageis X Zeus," with an authentic code of G00129440862, which was distributed and sold to the Plaintiff, Robert Smith. A tolling and preservation of remedies agreement was entered by and among the parties on December 3, 2021. Following, an extended tolling and preservation of remedies agreement was entered by and

among the parties on January 5, 2022 and a subsequent extended tolling and preservation of remedies agreement among the parties on January 10, 2022. As a result of these agreements, the statute of limitations is extended through midnight, March 1, 2022.

10. The "The Legendary Ageis X Zeus" brand vaping device was defective at the time of the sale to the Plaintiff, Robert Smith, in that the vaping device was defective or contained defective components, making it unreasonably dangerous to the Plaintiff, Robert Smith, in that it exploded in his pants pocket with such force that the intact battery fell down into his work boot, blowing the boot off his foot, resulting in first, second and third degree burns up and down his right leg, with particles of the vaping device metal embedded in his knee

11. Defendant Geekvape expected the "The Legendary Ageis X Zeus" brand vaping device to reach the user or consumer of the product in the condition in which it was sold. Said product was, at all relevant times, in the same or substantially the same condition as when manufactured by the Defendant Geekvape. The Plaintiff, Robert Smith, did not alter or in any manner change the character of the "The Legendary Ageis X Zeus" brand vaping device.

12. Plaintiff Robert Smith used the product for its intended use when he suffered the injuries complained of herein.

13. At the time of the above-described explosion, the Plaintiff, Robert Smith, was unaware of the defective condition of the "The Legendary Ageis X Zeus" brand vaping device or the unreasonable danger said device posed to him. The defective and unreasonably dangerous condition was not obvious or observable.

14. As a proximate result of the unreasonably dangerous defective condition of the "The Legendary Ageis X Zeus" brand vaping device, the Plaintiff, Robert Smith, suffered and will continue to suffer, in an amount exceeding the jurisdictional minimum of this court damages,

including but not limited to, physical pain and suffering, permanent disfigurement, mental pain and suffering, loss of income, past and future medical expenses, and past and future loss of income.

## COUNT II
## PLAINTIFF AMBER SMITH'S LOSS OF CONSORTIUM
## DEFENDANT, SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD

15. The Plaintiff, Amber Smith, hereby incorporates the averments set forth in Paragraphs 1 through 14 as though stated verbatim herein.

16. As a result of the injuries and damages caused to her husband as set out herein above, and caused by the negligence of Defendant Geekvape, Plaintiff Amber Smith, lost the society, companionship and services of her husband, and therefore suffered loss of consortium in an amount exceeding the jurisdictional minimum of this Court.

## COUNT III
## NEGLIGENCE
## DEFENDANT, SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD,

17. The Plaintiffs, Smith, incorporate the averments set forth in Paragraphs 1 through 16 as though stated verbatim herein.

18. The Defendant, Geekvape, is a foreign corporation organized under the laws of the Peoples Republic of China and engaged in the manufacture of vaping devices under the brand name "The Legendary Ageis X Zeus", which were produced for distribution and sale to members of the general public as the ultimate consumers in retail stores located in the Commonwealth of Kentucky.

19. The Defendant, Geekvape, knew or had reason to know that the vaping device sold under the brand name "The Legendary Ageis X Zeus" prior to December 7, 2020, were

4

defectively designed and/or manufactured, but took no steps to remove said products from the stores.

20. As a result of the purchase and use of the vaping device in the manner in which they were intended to be used, the Plaintiff Robert Smith, suffered severe burns and damage to his right leg, resulting in injuries in an amount exceeding the jurisdictional minimum of this court damages, including but not limited to, physical pain and suffering, permanent disfigurement, mental pain and suffering, past and future medical expenses, and past and future loss of income.

21. As a result of the damages to Plaintiff, Robert Smith, as set out hereinabove, his wife, Plaintiff Amber Smith, lost the society, companionship and services of her husband, resulting in injuries and damages in an amount exceeding the jurisdictional minimum of this court.

WHEREFORE, the Plaintiff, Robert Smith, and the Plaintiff, Amber Smith, hereby pray for relief as follows:

1. Judgment in favor of the Plaintiff, Robert Smith, and the Plaintiff, Amber Smith, against the Defendant, Geekvape, in an amount exceeding the minimum jurisdictional requirements of this court sufficient to compensate the Plaintiffs for their damages;

2. An award of costs incurred by the Plaintiffs, for their costs incurred in bringing this action, including a reasonable attorney's fee;

3. A jury trial on all issues so triable; and

4. Any and all other relief to which the Plaintiffs may be entitled.

        Respectfully submitted,

        /s/ John M. Gambrel
        John M. Gambrel, KBA#88420
        Gambrel & Wilder Law Offices, PLLC
        1222 ½ N. Main Street, Suite 2
        London, Kentucky 40741
        (606) 878-8906
        jmgambrel@gambrelwilderlaw.com